# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY



MARTIN LUTHER KING JR. FEDERAL BLDG. & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NJ 07101-0419
**(973) 645-6340**

**WILLIAM J. MARTINI**
   **JUDGE**

## LETTER ORDER

December 13, 2005

Karen A. Confoy
Sterns & Weinroth, PC
50 West State Street
Suite 1400
P.O. Box 1298
Trenton, NJ 08607-1298

    *(Attorneys for Plaintiffs)*

John J. Jasieniecki
3 James Street
P.O. Box 440
Florham Park, NJ 07932

    *(Attorney for Defendant)*

    **Re:**   *Atlantic Recording Corp. et al. v. Schroeder,*
            <u>Civil Action No. 04-5284 (WJM)</u>

Dear Counsel:

    This Court is in receipt of Defendant's motion to reconsider our October 7, 2005 order denying Defendant's motion to vacate the default judgment entered against him.[1] Motions for reargument under D.N.J. Civ. R. 7.1(i) must be filed within ten days after the entry of the order

---

[1] Plaintiffs sued Defendant on October 28, 2004, alleging copyright infringement on the basis of songs downloaded off the internet. When Defendant failed to answer or otherwise respond to the complaint in a timely fashion, on June 13, 2005, this Court entered a default judgment in the amount of $6,969.95 in favor of Plaintiffs.

on the original motion. Defendant filed the instant motion on October 31, 2005. As Defendant's motion was filed well beyond the ten day limit, it is untimely. Further, this Court finds after review of Defendant's filing that there is no substantive merit to the request for reconsideration. Accordingly, Defendant's motion is denied.

    SO ORDERED.

                          s/ William J. Martini
                          **William J. Martini, U.S.D.J.**